**ORIGINAL**

UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,    :

    - v -    :    NOTICE OF INTENT TO
                                    FILE AN INFORMATION
MARK McKELVIE,    :

            Defendant.    :

- - - - - - - - - - - - - - - - x



08 CRIM 383

       Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
            March 31, 2008

                                MICHAEL J. GARCIA
                                United States Attorney

           By:    _____
                        RAYMOND J. LOHIER, JR.
                        Assistant United States Attorney

AGREED AND CONSENTED TO:

_____
GERALD DIBBLE
Attorney for Mark McKelvie

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/31/08