UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,            :     WAIVER OF INDICTMENT

          - v. -                     :     08 Cr.

MARK McKELVIE,                       :

          Defendant.                 :

------------------------------------ **08 CRIM 383**

    MARK McKELVIE, the above-named defendant, who is accused of violating Title 18, United States Code, Sections 2, 371, and Title 15, United States Code, Sections 78j(b) and 78ff, and Title 17, Code of Federal Regulations, Sections 240.10b-5, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.



_____
MARK McKELVIE

_____
GERALD DIBBLE, ESQ.
Counsel for Mark McKelvie

_____
Witness

Date:    New York, New York
         April 30    , 2008

0293