LAW OFFICES OF

# DIBBLE & MILLER, P. C.
ATTORNEYS AND COUNSELORS AT LAW

GERALD W. DIBBLE, B.S., J.D., LL.M. (TAX)
G. MICHAEL MILLER, B.A., J.D.

SENIOR COUNSEL
GERARD F. NORTON, B.A., J.D.

JOHN J. JAKUBEK, B.A., J.D. *
CRAIG D. CHARTIER, B.S., J.D.
MARK E. CZAJKOWSKI, B.A., M.B.A., J.D.

* LICENSED IN NY & MA

55 CANTERBURY ROAD
ROCHESTER, NEW YORK 14607-3436

PHONE: (585) 271-1500
FACSIMILE: (585) 271-0118
www.dibblelaw.com
info@dibblelaw.com

SERVICE AND NOTICE OF LEGAL PLEADINGS OR OTHER
PAPERS BY FAX OR E-MAIL IS NOT ACCEPTED.
SEE CPLR 2103(b)(5).

PARALEGALS
JEANNE M. MASTIN, B.S., R.N.
PATRICIA C. JENSEN, A.S. **
LAURIE B. SALKO, A.A.S.

ADMINISTRATION
DAVID B. NICKASON, B.S. (ADMINISTRATOR)
ERIC M. FANNING, B.S. (OFFICE MANAGER)
WENDY A. LONGYEAR, A.S. (ACCOUNTANT)

** MEDIATOR, ASSOCIATION OF CONFLICT RESOLUTION

May 16, 2006

Hon. Alvin K. Hellerstein
United States Courthouse
500 Pearl St., Room 1050
New York, NY 10007

Via Facsimile (212) 805-7942

Re: Mark R. C. McKelvie
Docket No.: ~~06-CR-6083T~~
08 CR 383

Dear Judge Hellerstein:

[Handwritten endorsement: The case is adjourned, all time is excluded, to June 19, 2008 at 4:00 p.m.   5-19-08  AKH]

Mr. McKelvie's matter is currently scheduled for an appearance May 20, 2008 at 11:00 a.m.

I am writing to request an adjournment of that appearance until sometime the week of June 16, 2008. We are available, and I believe that Assistant US Attorney Ray Lohier is available, anytime June 16, 17, 18, 19, or 20. Mr. Lohier consents to this adjournment.

We anticipate entering a plea at the next appearance. We are awaiting a plea agreement from Mr. Lohier. The defendant has no objection to exclusion of this adjourned period for speedy trial purposes.

Very truly yours,
Dibble & Miller, P.C.

G. Michael Miller, B.A., J.D.

cc: Ray Lohier, Esq. (via fax (212) 637-2452)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/08

MEMO ENDORSED